# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WESTCON GROUP NORTH AMERICA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JAMCO COMMUNICATIONS, INC., ) <br> d/b/a CABLELINK SOLUTIONS, ) <br> ) <br> Defendant. ) | Case No: 3:13-cv-0525 <br><br> Judge Campbell <br><br> Magistrate Judge Knowles |

## AGREED JUDGMENT

On this day came on to be considered the above-entitled and number cause wherein Westcon Group North America, Inc. ("Plaintiff") brings causes of action for breach of contract against Jamco Communications, Inc., doing business as CableLink Solutions ("Defendant'). Plaintiff appeared by and through its attorneys of records and Defendant appeared by and through its attorney of record and announced to the Court that the parties have agreed to the entry of this judgment. The Court, having examined the pleadings and agreement of the parties, finds that such agreement should be approved and that the judgment should be entered for the Plaintiff and against the Defendant as follows:

IT IS THEREFORE ORDERED, ADJUGED and DECREED that Plaintiff shall have and recover judgment against Defendant in the principal amount of $325,000.00, together with post-judgment interest on the total amount of the judgment at the lawful rate allowed under 28 U.S.C. Section 1961 until paid.

1

IT IS FURTHER ORDERED that all costs of court shall be taxed against the party incurring such costs.

IT IS FURTHER ORDERED that all relief sought in this matter and not granted herein is hereby denied.

SIGNED this _____ day of July, 2014.

*Todd Campbell*

48420113.1
N JHR 1387216 v1
2926815-000001  07/17/2014

**APPROVED AS TO CONTENT AND FORM:**

Date: July 17, 2014

BY: ____*/s/ James H. Billingsley*_____

James H. Billingsley (Admitted Pro Hac Vice)
POLSINELLI PC
2501 N. Harwood, Suite 1900
Dallas, TX 75201
Phone: (214) 397-0030
Facsimile: (214) 397-0033
Email for all purposes: jbillingsley@polsinelli.com

John H. Rowland (BPR No. 013944)
Courtney H. Gilmer (BPR No. 022131)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, TN 37201
Phone: (615) 726-5544
Facsimile: (615) 744-5544
Email for ECF purposes:Businessbknash@bakerdonelson.com
Email for all other purposes: jrowland@bakerdonelson.com

ATTORNEYS FOR PLAINTIFF
WESTCON GROUP NORTH AMERICA, INC.


BY: ____*/s/ Robert P. Gritton*_____

Robert P. Gritton (BPR No. 18472)
GRITTON & GRITTON, PLLC
752 South Church Street
Murfreesboro, TN 37130
(615) 867-0088

ATTORNEYS FOR DEFENDANT
JAMCO COMMUNICATIONS, INC. D/B/A CABLEINK SOLUTIONS